S. Baer, appellee, v. Metropolitan Petroleum Company and Nat Rue, appellants. Gen. No. 33,349.

Opinion filed May 20, 1929. Rehearing denied June 6, 1929.
Myron E. Wisch, for appellants; Sidney R. Tarkoff and Nathan Einhorn, of counsel. Harry Z. and Bernard Perel, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Edmund O. Bill and Albert Rosenfield, appellants, v. Isaac Gittler, appellee. Gen. No. 32,942.

Opinion filed May 20, 1929.
Gallagher, Shulman & Abrams, for appellants; Vincent G. Gallagher, Meyer Abrams, Daniel E. Dever and Moses H. Kamerman, of counsel. Kaplan & Kaplan, for appellee; Jacob Kaplan and Kenneth B. Hawkins, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

In re Estate of Edwin B. Jennings, deceased, v. In re Appeal of Edward C. Koester, petitioner. Gen. No. 33,002.

Opinion filed May 20, 1929.
Hector A. Brouillet, for appellant; Clyde C. Fisher, of counsel. Frank W. Swett, Campbell & Fisher, Edgar D. Mohan, Ringer, Wilhartz & Hirsch and Castle, Williams, Long & Castle, for appellees.
Mr. Justice Matchett delivered the opinion of the court.

Sylvia R. Gerson, formerly Sylvia R. Mathes, appellee, v. Sam A. Mathes, appellant. Gen. No. 33,117.

Opinion filed May 20, 1929.
Sidney Neuman, for appellant; W. Clyde Jones, Jr., of counsel. Frank B. Teed, for appellee; Marlow J. Madden, of counsel.
Mr. Justice Matchett delivered the opinion of the court.